**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (*pro hac vice* pending)
Samuel A. Newman (*pro hac vice* pending)
Michael C. Godbe (*pro hac vice* pending)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (*pro hac vice* pending)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| UNIROYAL HOLDING, INC., *et al.*,[1] | Case No. 26-18668 (MBK) |
| Debtors. | (Joint Administration Requested) |

### DEBTORS' APPLICATION FOR ORDER SHORTENING TIME

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), by and through their undersigned counsel, respectfully request that the time period for the hearing on the *Debtors' Motion for Entry of an Order (I) Directing the United States Trustee to Appoint a Committee of Retired Employees and (II) Granting Related Relief* (the "**Retiree Committee Motion**") as required by D.N.J. LBR 9013-2 be shortened pursuant to Fed. R. Bankr. P. 9006(c)(1), for the reasons set forth below:

---

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

1.      <u>A shortened time hearing is requested because</u>: The Debtors intend to move efficiently and expediently through these chapter 11 cases, including by seeking approval of the *Disclosure Statement for the Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* (the "**Disclosure Statement**") and the *Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* (the "**Plan**") on an accelerated timeline. Accordingly, timely resolution of the Retiree Committee Motion is necessary to remain on track with that timeline. Prompt appointment and organization of a retirees' committee will ensure that the interests of the Debtors' retirees are represented from an early stage of these cases and will avoid the delay that would result if such a committee were formed later in the case and required additional time to become organized and informed. Parties in interest will not be prejudiced by the shortened notice period, as they will still receive notice of, and an opportunity to be heard at, the hearing on the Retiree Committee Motion in advance of any relief being granted.

2.      <u>A hearing is requested on or before</u>: August 3, 2026.

3.      Reduction of the time period is not prohibited under Fed. R. Bankr. P. 9006(c)(1). The Debtors respectfully request entry of the proposed order shortening time.

2

By: /s/ *Morris S. Bauer*

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (*pro hac vice* pending)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone:   (973) 424-2000
Email:        msbauer@duanemorris.com
              dsmcgehrin@duanemorris.com
              kbradbury@duanemorris.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (*pro hac vice* pending)
Samuel A. Newman (*pro hac vice* pending)
Michael C. Godbe (*pro hac vice* pending)
66 Hudson Boulevard
New York, NY 10001
Telephone:   (212) 909-6000
Email:        nlabovitz@debevoise.com
              snewman@debevoise.com
              mcgodbe@debevoise.com

*Proposed Co-Counsel to the Debtors*
*and Debtors in Possession*

3