| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**DEBEVOISE & PLIMPTON LLP**<br>M. Natasha Labovitz (admitted *pro hac vice*)<br>Samuel A. Newman (admitted *pro hac vice*)<br>Michael C. Godbe (admitted *pro hac vice*)<br>Evan M. Raskin (admitted *pro hac vice*)<br>66 Hudson Boulevard<br>New York, NY 10001<br>Telephone: (212) 909-6000<br>nlabovitz@debevoise.com<br>snewman@debevoise.com<br>mcgodbe@debevoise.com<br>emraskin@debevoise.com<br><br>**DUANE MORRIS LLP**<br>Morris S. Bauer (NJ Bar No. 039711990)<br>Drew S. McGehrin (NJ Bar No. 196852016)<br>Klara Bradbury (admitted *pro hac vice*)<br>200 Campus Drive, Suite 300<br>Florham Park, NJ 07932-1007<br>Telephone: (973) 424-2037<br>msbauer@duanemorris.com<br>dsmcgehrin@duanemorris.com<br>kbradbury@duanemorris.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | |
| In re:<br><br>UNIROYAL HOLDING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-18668 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

# NOTICE OF FILING REVISED SCHEDULE 1 TO PROPOSED ORDER GRANTING OMNIBUS MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (A) AUTHORIZING THE DEBTORS TO (I) ASSUME AND ASSIGN OR (II) REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (B) GRANTING RELATED RELIEF

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

**PLEASE TAKE NOTICE** that, on October 27, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Omnibus Motion of the Debtors for Entry of an Order (A) Authorizing the Debtors to (I) Assume and Assign or (II) Reject Certain Executory Contracts and Unexpired Leases and (B) Granting Related Relief* [Docket No. 242] (the "**Assumption/Rejection Motion**").[2]

**PLEASE TAKE FURTHER NOTICE** that attached as Schedule 1 to the proposed order filed with the Assumption/Rejection Motion was the list of Assumed Contracts and Leases.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have revised Schedule 1 (the "**Revised Schedule**"), a copy of which is attached hereto as **Exhibit A**, to include certain inadvertently omitted contracts. Attached hereto as **Exhibit B** is a redlined version of the Revised Schedule showing changes against the form of Schedule 1 filed with the Assumption/Rejection Motion.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve the right to alter, amend, modify or supplement the foregoing from time to time.

---

[2] Capitalized terms used, but not defined herein, shall have the meanings ascribed to them in the Assumption/Rejection Motion.

Dated: October 29, 2026

Respectfully submitted,

By: */s/ Drew S. McGehrin*

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
Email: msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

*Co-Counsel to the Debtors and Debtors in Possession*