# **Exhibit A**

Revised Schedule

# Schedule 1

Assumed Contracts and Leases

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Comcast Business | Comcast Business Service Order Dated: 02/10/2026 | Uniroyal Holding, Inc. | $0.00 |
| Crystal Rock, LLC | Equipment Lease Agreement / Service Order (Water Machine) Dated: 11/16/2009 | Uniroyal Holding, Inc. | $0.00 |
| Dependable Energy, Inc. | Propane Tank Lease Agreement Dated: 12/31/2017 | Uniroyal Holding, Inc. | $0.00 |
| G.A.J. Realty | That certain month-to-month Lease for 70 Great Hill Road Naugatuck, CT 06770 following from the terminated Lease dated 03/20/1990[1] | Uniroyal Holding, Inc. | $0.00 |
| Hanover Insurance Company | Insurance Policy ZHS907042215 Dated: 03/16/2026 | Uniroyal Holding, Inc. | $0.00 |
| Hanover Insurance Company | Insurance Policy ZHS907042215 Dated: 03/16/2026 | Great Hill Corporation | $0.00 |
| Intuit | Quickbooks Software License | Uniroyal Holding, Inc. | $0.00 |
| Microsoft | Entra ID P2 License Add-On | Uniroyal Holding, Inc. | $0.00 |
| Microsoft | Office 365 E3 License Add-On | Uniroyal Holding, Inc. | $0.00 |
| Microsoft | Office 365 License Agreement | Uniroyal Holding, Inc. | $0.00 |

[1] The Trust is in discussions with the landlord, G.A.J. Realty, to execute a supplemental lease agreement to memorialize the terms of the month-to-month lease arrangement the Debtors are currently in.

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Indemnification Agreement Dated: 10/22/2018 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated[2]: 1986 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: April 30, 1986 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: June 3, 1986 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: June 5, 1986 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: July 31, 1986 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: February 16, 1996 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: May 1, 1996 | Uniroyal Holding, Inc. | $0.00 |

[2] For the avoidance of doubt, the Debtors and Trust intend to assume and assign to the Trust, on the Effective Date, any Insurance Settlement Agreement entered into by the Debtors prior to the Petition Date regardless of whether such agreement may have been inadvertently omitted from this Schedule.

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Name on File | Insurance Settlement Agreement Dated: July 9, 1996 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: October 14, 1996 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: November 6, 1996 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: December 18, 1997 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: December 9, 1998 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: January 14, 1999 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: February 1999 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: February 10, 1999 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: May 13, 1999 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: July 1, 1999 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: August 16, 1999 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: October 20, 2000 | Uniroyal Holding, Inc. | $0.00 |

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Name on File | Insurance Settlement Agreement Dated: January 17, 2001 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: June 1, 2001 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: September 15, 2001 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: October 2, 2001 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: October 4, 2001 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: October 10, 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: October 24, 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: November 18, 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: December 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: December 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: December 16, 2002 | Uniroyal Holding, Inc. | $0.00 |

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Name on File | Insurance Settlement Agreement Dated: December 20, 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: December 23, 2002 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: January 1, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: January 8, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: January 8, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: April 1, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: April 9, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: June 13, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: July 24, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: September 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: September 12, 2003 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Amendment Dated: November 3, 2003 | Uniroyal Holding, Inc. | $0.00 |

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Name on File | Insurance Settlement Agreement Dated: March 3, 2004 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 15, 2004 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 19, 2004 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Amendment Dated: June 1, 2004 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: November 1, 2004 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 15, 2005 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 15, 2005 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 16, 2005 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: April 8, 2005 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: April 15, 2005 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 16, 2006 | Uniroyal Holding, Inc. | $0.00 |
| Name on File | Insurance Settlement Agreement Dated: March 16, 2006 | Uniroyal Holding, Inc. | $0.00 |

| Contract Counterparty | Contract Description | Debtor | Cure Amount |
|---|---|---|---|
| Name on File | Insurance Settlement Agreement Dated: February 26, 2019 | Uniroyal Holding, Inc. | $0.00 |
| Pye Barker Fire & Safety f/k/a United Alarm | Alarm Monitoring Service Agreement Dated: 10/29/2004 | Uniroyal Holding, Inc. | $0.00 |