**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2037
msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>UNIROYAL HOLDING, INC., e*t al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-18668 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

**NOTICE OF FILING MODIFIED JOINT CHAPTER 11 PLAN OF UNIROYAL HOLDINGS, INC. AND GREAT HILL CORPORATION**

**PLEASE TAKE NOTICE** that, on July 31, 2026, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Joint Chapter 11 Plan of Uniroyal*

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

*Holdings, Inc. and Great Hill Corporation* [Docket No. 18], which was later modified on September 22, 2026 [Docket No. 194] (the "**Original Plan**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on plan confirmation is scheduled to be held before the Honorable Judge Michael B. Kaplan, Clarkson S. Fisher United States Courthouse, 402 East State Street, Second Floor, Courtroom 8, Trenton, New Jersey 08608 on November 3, 2026 at 2:30 p.m. ET (the "**Hearing**").

**PLEASE TAKE FURTHER NOTICE** that, in advance of the Hearing and in response to certain comments received, the Debtors have further modified the Original Plan (the "**Revised Plan**"), a copy of which is attached hereto as **Exhibit A**. Attached hereto as **Exhibit B** is a redlined version of the Revised Plan showing changes against the Original Plan.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve the right to, and may, alter, amend, modify or supplement the foregoing from time to time.

Dated: October 30, 2026

Respectfully submitted,

By: */s/ Drew S. McGehrin*
**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
Email: msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com

*Co-Counsel to the Debtors and Debtors in Possession*