# EXHIBIT A

**Proposed Order**

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In re:<br><br>UNIROYAL HOLDING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-18668 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

**ORDER CONCERNING REQUEST TO SEAL DOCUMENTS**

The relief set forth on the following pages, numbered 3 through 4, is **ORDERED**.

1 The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

*Co-Counsel to the Debtors and Debtors in Possession*

Upon the motion (the "**Motion**")[2] of the Debtors, pursuant to sections 105(a) and 107 of the Bankruptcy Code, for entry of an order (this "**Order**") (a) authorizing the Debtors to file a redacted version of the Schedule on the docket in the Chapter 11 Cases; (b) authorizing the Debtors to file portions of the Schedule under seal; and (c) ordering that the redacted portions of the Schedule remain confidential and not be made available to anyone other than the Court, the United States Trustee, and, solely with respect to information concerning its own Confidential Agreement, each applicable counterparty; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11*, entered July 23, 1984, and amended June 6, 2025 (Bumb, C.J.); and consideration of the Motion and the relief requested being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given under the circumstances; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted, and that such relief is in the best interests of the Debtors, their estates, their creditors, and all parties in interest; and the Court having considered the request and any objection thereto, it is

ORDERED that the request is granted and the Schedule shall be sealed until the expiration of the judiciary records retention period, at which time the redacted portions of the Schedule will be permanently deleted.

[2] Capitalized terms used but not defined in this Order shall have the meanings ascribed to them in the Motion.

ORDERED that the Debtors are authorized to file a redacted version of the Schedule on the docket in these Chapter 11 Cases, and to provide the unredacted version of the Schedule to the Court and, upon request, to the United States Trustee and, solely as to the information concerning its own Confidential Agreement, to each applicable counterparty.