**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

*Co-Counsel to the Debtors and Debtors in Possession*

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

*Co-Counsel to the Debtors and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| UNIROYAL HOLDING, INC., *et al.*,[1] | Case No. 26-18668 (MBK) |
| Debtors. | (Jointly Administered) |

# DECLARATION OF RAY DOMBROWSKI IN SUPPORT OF THE JOINT CHAPTER 11 PLAN OF UNIROYAL HOLDING, INC. AND GREAT HILL CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Ray Dombrowski, hereby declare as follows:

1. I am a Managing Director with Alvarez & Marsal North America, LLC (together with employees of its affiliates (all of which are wholly owned by its parent company and employees), its wholly-owned subsidiaries and independent contractors, "**A&M**"), a restructuring advisory services firm with numerous offices in both the United States and internationally.

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

2. A&M has been engaged by the Debtors as restructuring advisors pursuant to the *Order Authorizing Debtors to Employ and Retain Alvarez & Marsal North America, LLC as Restructuring Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* [Docket No. 118] (the "**A&M Retention Order**"). I am over the age of 18 and authorized to make this Declaration on the Debtors' behalf. If called upon to testify, I could and would testify competently to the facts set forth herein.

3. Except as otherwise indicated herein, all facts set forth in this declaration (this "**Declaration**")[2] are based upon my personal knowledge of the operations and finances of the Debtors, the conduct of myself and my colleagues at A&M in rendering services to the Debtors, and information learned from my review of relevant documents and information supplied to me by or on behalf of the Debtors, their other Professionals, and other A&M employees. I submit this Declaration in support of confirmation of the *Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* [Docket No. 194] (as further modified, supplemented, and amended, the "**Plan**").

4. I have received no direct compensation from the Debtors in connection with the preparation of this Declaration and my anticipated testimony in support of the Plan, if necessary. I am compensated directly by A&M, which is compensated by the Debtors pursuant to the A&M Retention Order.

## I. Background and Qualifications

5. I have been a Managing Director with A&M North American Corporate Restructuring in New York since 2001. I have more than 25 years of financial restructuring

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

experience, and specialize in assisting corporations in developing and implementing financial turnaround strategies.

6. I have served in interim roles as Chief Financial Officer, Chief Executive Officer, and Chief Restructuring Officer, and have advised large and mid-size companies in and out of bankruptcy. For example, I served as Chief Restructuring Officer of Chemtura Corporation, for which I received the TMA Mega Turnaround of the Year Award, and Chief Restructuring Officer of Patriot Coal Corporation, for which I received the TMA Transaction of the Year – Mega Company award. I also served as Chief Executive Officer and Chief Restructuring Officer of OW Bunker for which I received M&A Advisors Transaction of the Year. Some of my other clients have included SIRVA, SLI, Allegheny Energy, VecTour, Dresser Rand, APR, Verestar, General Electric, Great Basin Gold, Oxford Resources, Triumph Group, Horizon Lines, Maritime Equity Partners, and Marchon Eyewear, as well as the unsecured creditors' committees of Kodak, Westinghouse and SunEdison.

7. Prior to joining A&M, I served as Senior Vice President and Chief Financial Officer of Ogden Corp., and as a senior executive with Bell Atlantic Corporation in various roles. I hold a bachelor's degree from the U.S. Merchant Marine Academy, as well as a J.D. and an LLM in taxation from Temple University.

8. A&M specializes in interim management, crisis management, turnaround consulting, operational due diligence, creditor advisory services and financial and operational restructuring. A&M's debtor advisory services have included a wide range of activities targeted at stabilizing and improving a company's financial position, including developing or validating forecasts, business plans, and related assessments of a business's strategic position; monitoring and managing cash, cash flow and supplier relationships; assessing and recommending cost

reduction strategies; and designing and negotiating financial restructuring packages. Since its inception in 1983, A&M has been a global provider of turnaround advisory services to companies in crisis or those in need of performance improvement in specific financial and operational areas.

9. A&M has served as one of the principal advisors to the Debtors. As an advisor to the Debtors, I have been working with Debevoise & Plimpton LLP to advise the Debtors on their business operations, including with respect to analyzing the financial aspects of the Debtors' current and future tort liabilities, evaluating potential restructuring options for the Debtors, preparing for the Debtors' chapter 11 filing, and assisting the Debtors with the evaluation of strategic options for their retiree benefits programs.

10. I am familiar with the Plan. I have also reviewed and am familiar with the liquidation analysis (the "**Liquidation Analysis**") annexed as Exhibit C to the *Disclosure Statement for the Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* [Docket No. 20] (as further modified, supplemented, and amended, the "**Disclosure Statement**"), which I prepared along with colleagues working under my supervision.

11. A&M also conducted a review and analysis of the Debtors' assets, liabilities, and obligations under the Plan. Based on such review, I believe the Debtors have sufficient assets to fully satisfy all Allowed Claims, Expenses, and Obligations and fund the Trust.

## II. The Plan Is in the Best Interests of Creditors and Interest Holders (Section 1129(a)(7) of the Bankruptcy Code)

12. I understand that section 1129(a)(7) of the Bankruptcy Code sets forth the "best interests test" for confirmation of a chapter 11 plan and generally provides that for each class of impaired claims or interests, each holder in such class either (a) has accepted the plan or (b) will receive or retain under the plan property of a value, as of the effective date of the plan, that is not

less than the amount that such holder would receive or retain if the debtor liquidated under chapter 7 of the Bankruptcy Code.

13. Based upon my review of the Liquidation Analysis and my experience assisting the Debtors throughout the negotiation of the Plan, I believe that the Plan is in the best interests of creditors because each Class of Claims or Interests will receive more under the Plan than such Class would receive in a hypothetical chapter 7 liquidation as set forth in the Liquidation Analysis. It is my understanding, therefore, that the Plan satisfies the requirements of section 1129(a)(7) of the Bankruptcy Code.

[*The remainder of this page is intentionally left blank*]

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30th day of October, 2026.

*/s/ Ray Dombrowski*
Ray Dombrowski
Managing Director
Alvarez & Marsal North America, LLC