**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

*Co-Counsel to the Debtors and Debtors in Possession*

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| UNIROYAL HOLDING, INC., *et al.*,[1] | ) | Case No. 26-18668 (MBK) |
| Debtors. | ) | (Jointly Administered) |

**DECLARATION OF JERIAD R. PAUL WITH RESPECT TO THE TABULATION OF VOTES ON THE JOINT CHAPTER 11 PLAN OF UNIROYAL HOLDING, INC. AND GREAT HILL CORPORATION**

I, Jeriad R. Paul, hereby declare under penalty of perjury as follows:

1. I am the Vice President of Securities and Solicitation Services at Omni Agent Solutions, Inc. ("**Omni**"), a chapter 11 administrative services firm, whose offices are located in 5955 De Soto Ave., Suite 100, Woodland Hills, California, 91367, and 1120 Avenue of the Americas, 4th Floor, New York, NY 11036. I am over the age of 18 years and not a party to the

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

above-captioned action. Omni is the claims and noticing agent and administrative advisor to the above-captioned debtors and debtors in possession (collectively, the "**Debtors**").

2. I submit this declaration (the "**Declaration**") regarding the solicitation of votes and the tabulation of Ballots (as defined herein) cast with respect to the *Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* [Docket No. 18] (as may be revised, supplemented, modified and/or amended from time to time, the "**Plan**").[2]

3. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. I supervised the solicitation and tabulation performed by Omni's employees. I am authorized to submit this Declaration on behalf of Omni. If called to testify, I would testify as follows.

4. The Court approved the Debtors' retention of Omni as (i) claims and noticing agent pursuant to the *Order Authorizing the Appointment of Omni Agent Solutions, Inc. as Claims and Noticing Agent Effective as of the Petition Date* [Docket No. 43], and (ii) administrative agent pursuant to the *Order Authorizing the Appointment of Omni Agent Solutions, Inc. as Administrative Agent Effective as of the Petition Date* [Docket No. 110] (collectively, the "**Retention Orders**").

5. The Retention Orders authorized Omni to assist the Debtors with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan. Omni and its employees have considerable experience in soliciting and tabulating votes to accept or reject chapter 11 plans.

6. On September 23, 2026, the Court entered the *Order (I) Approving the Disclosure Statement, (II) Approving Solicitation, Notice, and Tabulation Procedures and Forms Related*

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Plan.

*Thereto, (III) Scheduling a Confirmation Hearing, (IV) Establishing Notice and Objection Procedures for Plan Confirmation, and (V) Granting Related Relief* [Docket No. 205] (the "**Disclosure Statement Order**"), establishing, among other things, the Solicitation and Voting Procedures.

7. Omni adhered to the procedures outlined in the Disclosure Statement Order and caused the Ballots to be distributed to parties entitled to vote on the Plan.

**A. Service and Transmittal of Solicitation Packages and Related Information.**

8. The Disclosure Statement Order established September 29, 2026 as the Solicitation Deadline.

9. Pursuant to the Disclosure Statement Order, on September 29, 2026, Omni caused the Solicitation Package to be timely served on all known Holders of Claims, and their counsel, in Class 4 (PI/WD Claims) (the "**Voting Class**"). In lieu of a Solicitation Package, all known Holders of Claims and Interests in Class 1 (Secured Claims), Class 2 (Other Priority Claims), Class 3 (General Unsecured Claims), Class 5 (Intercompany Claims), and Class 6 (Interests) (collectively, the "**Non-Voting Classes**") received the Notice of Non-Voting Status, the applicable Opt-Out Form, and the Confirmation Hearing Notice. Furthermore, in accordance with the Disclosure Statement Order, Omni caused the Confirmation Hearing Notice to be served on the creditor matrix, the U.S. Trustee, all Holders of filed and scheduled Claims, and all other parties required to receive such notice pursuant to the Disclosure Statement Order. A certificate of service evidencing the foregoing was filed with the Court on October 7, 2026 [Docket No. 218].

10. On or before September 29, 2026, Omni posted links to the electronic versions of the Disclosure Statement and Plan, the Disclosure Statement Order, the Solicitation Cover Letter, the Solicitation and Voting Procedures, the Notice of Non-Voting Status, and the Confirmation Hearing Notice on the public access website at https://omniagentsolutions.com/Uniroyal-Ballots.

11. On September 29, 2026, Omni caused the Publication Notice to be published in *The Wall Street Journal*. The proof of publication of the Publication Notice was filed with the Court on October 6, 2026 [Docket No. 217].

**B. The Tabulation Process.**

12. The Disclosure Statement Order established September 23, 2026 as the Voting Record Date to determine which Holders of Claims and Interests were entitled to receive the Solicitation Package or the Notice of Non-Voting Status and an Opt-Out Form, as applicable. Pursuant to the Disclosure Statement Order, Holders of Claims in Class 4 (PI/WD Claims) were entitled to vote to accept or reject the Plan. I was informed by Debtors' counsel that no other Classes were entitled to vote on the Plan.

13. In accordance with the Solicitation and Voting Procedures, Omni worked closely with the Debtors' advisors to identify the Holders of Claims in the Voting Classes entitled to vote as of the Voting Record Date and to coordinate the distribution of Solicitation Packages to such Holders. A detailed description of Omni's distribution of Solicitation Packages is set forth in the certificate of service filed with the Court on October 7, 2026 [Docket No. 218].

14. In accordance with the Solicitation and Voting Procedures, Omni received, reviewed, determined the validity of, and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was date-stamped, scanned, assigned a Ballot number, entered into Omni's voting database, and processed. To be included in the tabulation results as valid, a Ballot and/or Master Ballot must have been (a) properly completed pursuant to the Solicitation and Voting Procedures, (b) executed by the relevant Holder entitled to vote on the Plan (or such Holder's representative), (c) returned to Omni via an approved method of delivery set forth in the Solicitation and Voting Procedures unless the delivery method requirement was waived by the Debtors, and (d) received by Omni on or before October 27, 2026, at 4:00 p.m. (prevailing Eastern

Time) (the "**Voting Deadline**"). Omni completed its final tabulation of the Ballots on [October 29, 2026] following a complete review and audit of all Ballots received.

15. Pursuant to the Disclosure Statement Order, all PI/WD Claims were temporarily allowed for voting purposes only, and not for purposes of allowance or distribution, at $1.00.

16. Accordingly, the final tabulation of votes cast by timely and properly completed Ballots received by Omni is summarized on a consolidated basis in the table set forth below:

| **Total Ballots Received** | | | | |
|---|---|---|---|---|
| **Voting Class** | **Accept** | | **Reject** | |
| | **Number *(% of Number)*** | **Amounts *(% of Amount)*** | **Number *(% of Number)*** | **Amounts *(% of Amount)*** |
| **Class 4 (PI/WD Claims)** | 38,247 (99.96%) | $38,247.00 (99.96%) | 15 (0.04%) | $15.00 (0.04%) |

17. Omni also reviewed and documented elections recorded on (i) the Ballots from Holders of Claims in the Voting Class that checked the box on such Ballot to opt out of the Third-Party Release and (ii) the Opt-Out Forms from Holders of Claims and Interests not entitled to vote. A report of the 33 Holders who opted out of the Third-Party Release is attached hereto as **Exhibit A**. For the avoidance of doubt, this Declaration does not certify the validity or enforceability of any opt-out elections received, including those reported on **Exhibit A**, but rather provides these opt-out election results for reporting and informational purposes only.

18. In accordance with the Solicitation and Voting Procedures, there were 59 Irregular Ballots excluded from tabulation. A report of the Irregular Ballots is attached hereto as **Exhibit B.**

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct to the best of my knowledge, information, and belief.

Dated: October 30, 2026

*/s/ Jeriad R. Paul*
Vice President
Omni Agent Solutions, Inc.
5955 DeSoto Ave
Woodland Hills, CA 93671