# Exhibit A

## Opt-Out Elections

**Uniroyal Holding, Inc. et al.**

**Exhibit A - Opt Out Elections**

| Name (Redacted) | DateRecd |
|---|---|
| Name Redacted 360402 | 10/26/2026 |
| Name Redacted 366485 | 10/26/2026 |
| Name Redacted 368480 | 10/26/2026 |
| Name Redacted 368492 | 10/26/2026 |
| Name Redacted 369858 | 10/26/2026 |
| Name Redacted 370809 | 10/26/2026 |
| Name Redacted 392225 | 10/26/2026 |
| Name Redacted 395306 | 10/19/2026 |
| Name Redacted 396379 | 10/24/2026 |
| Name Redacted 396413 | 10/21/2026 |
| Name Redacted 396503 | 10/20/2026 |
| Name Redacted 396819 | 10/22/2026 |
| Name Redacted 396953 | 10/20/2026 |
| Name Redacted 397034 | 10/20/2026 |
| Name Redacted 397664 | 10/20/2026 |
| Name Redacted 397955 | 10/20/2026 |
| Name Redacted 398013 | 10/24/2026 |
| Name Redacted 398450 | 10/20/2026 |
| Name Redacted 398538 | 10/22/2026 |
| Name Redacted 398700 | 10/24/2026 |
| Name Redacted 399365 | 10/20/2026 |
| Name Redacted 399376 | 10/26/2026 |
| Name Redacted 399422 | 10/13/2026 |
| Name Redacted 400004 | 10/24/2026 |
| Name Redacted 400160 | 10/27/2026 |
| Name Redacted 400288 | 10/08/2026 |
| Name Redacted 400302 | 10/26/2026 |
| Name Redacted 400708 | 10/20/2026 |
| Name Redacted 401028 | 10/20/2026 |
| Name Redacted 401040 | 10/24/2026 |
| Name Redacted 401363 | 10/26/2026 |
| Name Redacted 401492 | 10/23/2026 |
| Uniroyal Chemical Co, Inc | 10/26/2026 |