# Exhibit B

## Ballots Excluded

Uniroyal Holding, Inc. et al

**Exhibit B - Report of Ballots Excluded from the Final Tabulation**

| Name | Voting Amount | Accept/Reject | Reason(s) for Exclusion |
|---|---|---|---|
| Name Redacted 396349 | $1.00 | Accept | Ballot not signed |
| Name Redacted 396407 | $1.00 | Accept | Ballot not signed |
| Name Redacted 396685 | $1.00 | Accept | Ballot not signed |
| Name Redacted 396716 | $1.00 | Abstain | Ballot not signed |
| Name Redacted 396790 | $1.00 | Accept | Ballot not signed |
| Name Redacted 397594 | $1.00 | Accept | Ballot not signed |
| Name Redacted 397806 | $1.00 | Accept | Ballot not signed |
| Name Redacted 398278 | $1.00 | Reject | Ballot not signed |
| Name Redacted 398561 | $1.00 | Accept | Ballot not signed |
| Name Redacted 398579 | $1.00 | Abstain | Ballot not signed |
| Name Redacted 399041 | $1.00 | Reject | Ballot not signed |
| Name Redacted 399721 | $1.00 | Abstain | Ballot not signed |
| Name Redacted 399770 | $1.00 | Abstain | Ballot not signed |
| Name Redacted 400230 | $1.00 | Accept | Ballot not signed |
| Name Redacted 400575 | $1.00 | Accept | Ballot not signed |
| Name Redacted 400759 | $1.00 | Accept | Ballot not signed |
| Name Redacted 401354 | $1.00 | Invalid | Ballot not signed |
| Name Redacted 401357 | $1.00 | Accept | Ballot not signed |
| Name Redacted 402051 | $1.00 | Accept | Ballot not signed |
| Name Redacted 400308 | $1.00 | Accept | Ballot not signed |
| Name Redacted 396327 | $1.00 | Accept | Ballot not signed |
| Name Redacted 401175 | $1.00 | Accept | Ballot not signed |
| Name Redacted 397019 | $1.00 | Accept | Ballot not signed |
| Name Redacted 396185 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 396451 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 396618 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 396976 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 397998 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 399398 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 399591 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 399846 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 400343 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 400594 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 401380 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 401599 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 401637 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 402024 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 402386 | $1.00 | Invalid | Incomplete Ballot |
| Name Redacted 396101 | $1.00 | Accept | Late filed ballot |
| Name Redacted 397180 | $1.00 | Abstain | Late filed ballot |
| Name Redacted 397438 | $1.00 | Accept | Late filed ballot |
| Name Redacted 398489 | $1.00 | Accept | Late filed ballot |
| Carmen Louis Panetta Sr | $1.00 | Accept | Late filed ballot |
| Name Redacted 396701 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 396852 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 396863 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 397922 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 398013 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 398225 | $1.00 | Abstain | Vote not indicated |

**Uniroyal Holding, Inc. et al**

**Exhibit B - Report of Ballots Excluded from the Final Tabulation**

| | | | |
|---|---|---|---|
| Name Redacted 398349 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 398938 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 399410 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 399726 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 400364 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 400627 | $1.00 | Abstain | Vote not indicated |
| Raymond C Rothrock Jr | $1.00 | Abstain | Vote not indicated |
| Name Redacted 401363 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 400859 | $1.00 | Abstain | Vote not indicated |
| Name Redacted 400174 | $1.00 | Abstain | Vote not indicated |