**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

**DUANE MORRIS LLP**
Morris S. Bauer (NJ Bar No. 039711990)
Drew S. McGehrin (NJ Bar No. 196852016)
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2037
msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

*Co-Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>UNIROYAL HOLDING, INC., e*t al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-18668 (MBK)<br><br>Judge: Michael B. Kaplan<br><br>(Jointly Administered) |

**<u>NOTICE OF FILING PROPOSED CONFIRMATION ORDER</u>**

[1] The Debtors in these chapter 11 cases, together with the last four digits of each Debtor's federal taxpayer identification number, are: Uniroyal Holding, Inc. (8485) and Great Hill Corporation (9024). The mailing address for each Debtor for purposes of these chapter 11 cases is 70 Great Hill Road, Naugatuck, CT 06770.

**PLEASE TAKE NOTICE** that, on July 31, 2026, the above-captioned debtors and debtors in possession (the "**Debtors**") filed the *Disclosure Statement for the Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* [Docket No. 20] (as amended from time to time and including all exhibits and supplements thereto, the "**Disclosure Statement**") and *Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* [Docket No. 18] (as may be amended, supplemented or modified, including all exhibits thereto, the "**Plan**")[2].

**PLEASE TAKE NOTICE** that, on September 23, 2026, the United States Bankruptcy Court for the District of New Jersey (the "**Bankruptcy Court**") entered an order [Docket No. 205] (the "**Solicitation Procedures Order**") approving, among other things, the Disclosure Statement and authorizing the Debtors to provide notice of their intent to seek confirmation of the Plan pursuant to certain procedures set forth therein.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Solicitation Procedures Order, the Court scheduled a hearing (the "Confirmation Hearing") on November 3, 2026 at 2:30 p.m. at which it will consider confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, in advance of the Confirmation Hearing, the Debtors hereby file the proposed *Findings of Fact, Conclusions of Law, and Order Confirming the Joint Chapter 11 Plan of Uniroyal Holding, Inc. and Great Hill Corporation* (the "Proposed Confirmation Order"), which remains subject to ongoing negotiations pursuant to the terms of the Plan. A copy of the Proposed Confirmation Order is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors reserve the right to, and may, alter, amend, modify or supplement the foregoing from time to time.

**PLEASE TAKE FURTHER NOTICE** that that copies of all documents filed in these chapter 11 cases may be obtained free of charge by visiting the Debtors' chapter 11 website at https://omniagentsolutions.com/Uniroyal-Ballots. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://www.njb.uscourts.gov in accordance with the procedures and fees set forth therein.

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Plan.

Dated: October 30, 2026

*/s/ Drew S. McGehrin*

**DUANE MORRIS LLP**
Morris S. Bauer
Drew S. McGehrin
Klara Bradbury (admitted *pro hac vice*)
200 Campus Drive, Suite 300
Florham Park, NJ 07932-1007
Telephone: (973) 424-2000
Email: msbauer@duanemorris.com
dsmcgehrin@duanemorris.com
kbradbury@duanemorris.com

-and-

**DEBEVOISE & PLIMPTON LLP**
M. Natasha Labovitz (admitted *pro hac vice*)
Samuel A. Newman (admitted *pro hac vice*)
Michael C. Godbe (admitted *pro hac vice*)
Evan M. Raskin (admitted *pro hac vice*)
66 Hudson Boulevard
New York, NY 10001
Telephone: (212) 909-6000
Email: nlabovitz@debevoise.com
snewman@debevoise.com
mcgodbe@debevoise.com
emraskin@debevoise.com

*Co-Counsel to the Debtors and Debtors in Possession*